| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 25-30211 | Name of Debtor: Romy Solanji |
| Witnesses:<br>Romy Solanji | |
| Moni Bohnisch | Judge Alfredo R. Perez |
| Any witness designated by any other party | Courtroom Deputy: |
| | Hearing Date: February 12, 2026 |
| | Hearing Time: 1:00 pm |
| | Party's Name: Romy Solanji |
| | Attorney's Name: Thomas F. Jones III |
| | Attorney's Phone: 832-398-6182 |
| | Nature of Proceeding: Trustee's Motion to Sell (ECF #168) & Trustee's Motion to Comple (ECF #169) |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Closing Declaration | | | | |
| 2 | Residential Real Estate Listing Agreement Exclusive Right to Sell | | | | |
| 3 | Addendum to Listing Agreement | | | | |
| 4 | 1/23/2026 Email String | | | | |
| 5 | MLS Property Archive | | | | |
| 6 | NAR Code of Ethics | | | | |
| 7 | Time Records for Trustee Murray's Attorneys | | | | |
| 8 | Trustee's Application to Employ Kevin Riles | | | | |
| | Judicial Notice of docket sheets and documents filed in this bankruptcy case and prior case(s) including orders entered | | | | |
| | Any impeachment and rebuttal exhibits | | | | |
| | Any exhibits designated by any other party | | | | |

This Party reserves the right to use and/or present demonstratives for any purpose. This Party also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing. Landlord reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing